AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Elizabeth Martin<br>*Plaintiff*<br>v.<br>Advanced Foot & Ankle Centers of Ohio, LLC<br>*Defendant* | Civil Action No. 3:21-cv-093 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The settlement of the parties to the Settlement Agreement is APPROVED. The matter is DISMISSED WITH PREJUDICE. The Court retains jurisdiction over any disputes that may arise related to the administration of the settlement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Joint Motion to Approve FLSA Settlement.

Date: December 29, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk